IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CATHERINE L.[1], : | |
| Plaintiff, | Case No. 3:24-cv-140 |
| v. : | Judge Walter H. Rice |
| COMMISSIONER, | Magistrate Judge Stephanie K. Bowman |
| Social Security Administration, : | |
| Defendant. | |

---

DECISION AND ENTRY ADOPTING REPORT AND
RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE
(DOC. #13); THE DECISION OF DEFENDANT COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION, THAT PLAINTIFF
CATHERINE L. WAS NOT DISABLED, AND THEREFORE NOT
ENTITLED TO BENEFITS, UNDER THE SOCIAL SECURITY ACT IS
REVERSED AS UNSUPPORTED BY SUBSTANTIAL EVIDENCE; THE
CASE IS REMANDED PURSUANT TO SENTENCE FOUR OF 42
U.S.C. § 405(g) TO THE COMMISSIONER FOR AN IMMEDIATE
AWARD OF BENEFITS TO PLAINTIFF; JUDGMENT SHALL ENTER
IN FAVOR OF PLAINTIFF AND AGAINST THE COMMISSIONER;
TERMINATION ENTRY

---

Plaintiff Catherine L. seeks review by this Court of the decision by the Administrative Law Judge ("ALJ") of the Defendant Commissioner, Social Security Administration, that Plaintiff is able to perform past relevant work and,

---

[1] "The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials." GEN. ORDER 22-01.

therefore, is not disabled under Sections 216 and 223 of the Social Security Act, 42 U.S.C. § 301 *et seq.* ("Act"). (Admin. Record, Doc. #8-16, PAGEID 1874, citing 42 U.S.C. §§ 416(i), 423(d)). On August 6, 2025, Magistrate Judge Stephanie K. Bowman filed a Report and Recommendations (Report, Doc. #13), recommending, pursuant to Sentence Four of 42 U.S.C. § 405(g), that the Commissioner's decision be reversed as unsupported by substantial evidence, and that the matter be remanded to the Commissioner for an immediate award of benefits. (*Id.* at PAGEID 3307-08). The Commissioner did not object to the Report, and the time for doing so has expired. (*Id.* at PAGEID 3309, citing Fed.R.Civ.P. 72(b)(2)).

Based upon reasoning and citations of authority set forth in the Report, a *de novo* review of this Court's file, including the Administrative Record (Doc. #8), and a review of the applicable law, this Court ADOPTS the Report and Recommendations. The Court, in so doing, reverses the Commissioner's finding of non-disability, and remands the matter to the Commissioner for a finding of disability and an immediate award of benefits. Judgment shall enter in favor of Plaintiff and against the Commissioner.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED

Date: August 29, 2025

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

3